# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| BLAKE SINNETT, et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | No. 15-0391-CV-W-DGK |
| ) | |
| MISSOURI DEPARTMENT OF ) | |
| SOCIAL SERVICES, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER GRANTING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S EXPERT DESIGNATION

Before the Court is Defendant's Motion to Strike Plaintiff's Expert Designation (Doc. 17). Plaintiffs failed to provide an affidavit from each expert witness, retained or non-retained, as required by the Court's Scheduling and Trial Order (Doc. 13 at 2 ¶ 3; 3 ¶ 4). Because Plaintiffs failed to comply with the Court's Order, the motion is GRANTED.

**IT IS SO ORDERED.**

                                                     /s/ Greg Kays
                                                    GREG KAYS, CHIEF JUDGE
                                                    UNITED STATES DISTRICT COURT

DATED:  January 12, 2016